KEESAL, YOUNG & LOGAN
Peter R. Boutin, SBN 65261
Christopher A. Stecher, SBN 215329
450 Pacific Avenue
San Francisco, CA 94133
Telephone: (415) 398-6000
Facsimile: (415) 981-0136
peter.boutin@kyl.com
christopher.stecher@kyl.com

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Theodore V. Wells (*pro hac vice pending*)
Karen R. King (*pro hac vice pending*)
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
twells@paulweiss.com
kking@paulweiss.com

Roberto J. Gonzalez (*pro hac vice pending*)
2001 K Street, NW
Washington, DC 20006
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
rgonzalez@paulweiss.com

*Attorneys for Specially Appearing Defendant Binance Holdings Ltd.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| STEVEN CODY REYNOLDS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BINANCE HOLDINGS LTD.,<br><br>　　　　　Defendant. | Case No. 3:20-cv-02117-JSC<br><br>**DECLARATION OF SAMUEL LIM IN SUPPORT OF SPECIALLY APPEARING DEFENDANT BINANCE HOLDINGS LTD.'S NOTICE OF MOTION AND MOTION TO DISMISS THE COMPLAINT FOR LACK OF PERSONAL JURISDICTION**<br><br>Date:　July 23, 2020<br>Time:　9:00 a.m.<br>Place:　Courtroom E |

I, SAMUEL LIM, hereby declare as follows:

1. I hold the title of Chief Compliance Officer for Specially Appearing Defendant Binance Holdings Ltd. ("Binance"). I have held this position for 2 years. I am authorized by Binance to submit this declaration in support of Binance's motion to dismiss the above-captioned action for lack of personal jurisdiction. The facts stated herein are true and correct, to the best of my knowledge based on records maintained by Binance in the ordinary course of business or, where specified, public records.

**BACKGROUND**

2. Binance is a digital currency (or cryptocurrency) exchange founded in 2017 and organized under the laws of the Cayman Islands.

3. Binance's cryptocurrency exchange permits users to buy, sell, and store digital currencies (or cryptocurrencies).

4. Binance does not maintain any place of business in the United States.

**BINANCES'S LACK OF CALIFORNIA PRESENCE**

5. Binance does not maintain an office or any other facility in California.

6. Binance has no subsidiary in California.

7. Binance has no mailing address or telephone listing in California.

8. Binance has no physical operations in California.

9. Binance maintains no books or records in California.

10. Binance does not have any employees in California.

11. Binance is not incorporated in nor registered to do business in California.

12. Binance maintains no agent for service of process in California.

13. The foregoing paragraphs 4–12 were true throughout the time period relevant to the events alleged in the Complaint.

2

**BAM TRADING SERVICES, INC.**

14. BAM Trading Services, Inc. ("BAM") (d/b/a Binance US) is a separate legal entity from Binance. Binance does not have a direct or indirect ownership interest in BAM, and BAM is not a subsidiary of Binance.

15. As reflected in public records, BAM was founded in 2019 and incorporated in Delaware. Its principal place of business is in San Francisco, California.

16. As reflected in public records, BAM is registered with the U.S. Department of the Treasury's Financial Crimes Enforcement Network as a money services business, and with the State of California as an out-of-state corporation authorized to conduct business in California.

17. BAM licenses the name "Binance" and certain technologies from Binance in order to operate "Binance US" (or "Binance.US"), a cryptocurrency exchange based in the United States and operating independently of Binance. While BAM licenses the same types of technologies that Binance uses, BAM operates a distinct trading platform using a distinct matching engine.

18. Binance does not share any books and records with BAM.

19. Binance does not share any employees with BAM.

20. BAM does not have access to Binance's user accounts.

21. Binance does not exercise control over BAM's day-to-day operations and affairs. BAM is an independent licensee and is not authorized to act on behalf of Binance or legally bind Binance.

22. The company assets and funds of Binance and BAM are not comingled.

23. Binance does not hold itself out as liable for the debts of BAM, or vice versa.

24. Although there is one overlapping director between the entities, Binance and BAM do not maintain identical directors or officers.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, to the best of my knowledge.

3

DocuSign Envelope ID: 3AD4284D-A805-474E-968A-FB614FE3790F
Case 3:20-cv-02117-JSC   Document 20-1   Filed 06/18/20   Page 4 of 4

DATED: June 18, 2020, in Singapore

*Samuel Lim*
45FCAD55ABB6461...

SAMUEL LIM

4