UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEVEN CODY REYNOLDS,

　　　　　Plaintiff,

　　v.

BINANCE HOLDINGS LTD.,

　　　　　Defendant.

Case No. 20-cv-02117-JSC

**JUDGMENT**

On August 26, 2020, the Court granted Defendant's motion to dismiss for lack of personal jurisdiction. Pursuant to Federal Rule of Civil Procedure 58, the Court enters Judgment in favor of Defendant and against Plaintiff without prejudice to Plaintiff filing a new action in a different venue. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: August 26, 2020

JACQUELINE SCOTT CORLEY
United States Magistrate Judge